PER CURIAM.
 

 Upon consideration of the state’s response thereto, the amended petition seeking belated appeal is treated as a petition for writ of mandamus, and is granted. The clerk of the lower tribunal is directed to transmit to this court a certified copy of petitioner’s August 10, 2006, correspondence, which shall be treated as a timely notice of appeal directed to the judgment and sentence rendered on or about July 17, 2006, in Bay County Circuit Court case number 03-001493-CFMA. If petitioner qualifies for the appointment of counsel at public expense, the lower tribunal shall appoint counsel to represent him on appeal.
 

 ALLEN, DAVIS, and THOMAS, JJ., concur.